IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD A. JOHNSON,

    Plaintiff,

v.

HEATHER PERRAULT, et al.

    Defendants.

ORDER

Case No. 24-cv-181-jdp

---

Defendants Heather Perrault and Lona Sullivan removed this action from state court in accordance with 28 U.S.C. § 1441 and 1446 and have paid the filing fee in full. Plaintiff Richard A. Johnson is a prisoner in the custody of the Wisconsin Department of Corrections and is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Richard A. Johnson's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made. Service of the complaint and defendants' answer deadlines are stayed until the court screens plaintiff's complaint.

Entered this 22nd day of March, 2024.

BY THE COURT:

/s/
ANDREW WISEMAN
U.S. Magistrate Judge